No. 93–7817. ROBERSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–7818. SAMMONS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–7825. GILLESPIE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–7833. MYLAR *v.* WHITE, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–7840. HARDIN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–7842. RANDEL *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–7847. BORDENAVE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–7848. BENNET *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–7850. HOLMES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–7852. HOOKER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–7853. GOODWIN *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 93–7854. CHAVEZ-VERNAZA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–7855. BENSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–7857. AFILA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–7858. YOUNG *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–7863. BUTLER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.